FILED
2008 Oct-16  AM 11:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL MILLER** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | 2:08-cv-1672 |
| | ) | |
| | ) | |
| **NATIONAL ENTERPRISE** | ) | |
| **SYSTEMS, INC.** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by and through his undersigned counsel, and notifies the court that a settlement has been reached between the Parties in this matter, and that Plaintiff expects to file a Notice of Dismissal within the next 30 days.

/s/ Michael W. Lindsey

Attorney for Plaintiff
**OF COUNSEL:**
Lindsey Law Firm, LLC
One Perimeter Park South, Ste 330N
Birmingham, AL 35243
(205) 970-2233
(205) 278-8522 (facsimile)